NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                     Case No. 5:22-cr-18-3

Dominique Troupe


TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, February 13, 2023, before Honorable Kevin J. Doyle, Magistrate Judge, for an Arraignment on Third Superseding Indictment via video conference.


Location: via video conference                        JEFFREY S. EATON, Clerk
                                                                     By: */s/ Lisa Wright*
                                                                       Deputy Clerk
                                                                       2/10/2023


TO:

Michael P. Drescher, AUSA

Mark A. Kaplan, Esq.