NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                  Case No. 5:22-cr-00018-3

Dominique Troupe

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on Tuesday, February 20, 2024 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Jury Draw. The Jury Trial will commence immediately after and will continue through Friday, March 1, 2024. Each day will begin at 9:00 a.m. and adjourn at 5:00 p.m.

Location: Main Courtroom, 2nd Floor             JEFFREY S. EATON, Clerk
                                                                                 By: */s/ Sharrah J. LeClair*
                                                                                Deputy Clerk
                                                                                10/17/2023

TO:

Michael P. Drescher, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter

**\*\*PLEASE NOTIFY CHAMBERS OF CHANGES OF PLEA AS SOON AS POSSIBLE IN CASES THAT SETTLE.**

**\*\*\*ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.**

**\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-8108.**